IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CRAIG ELFAND,<br><br>            Plaintiff,<br><br>    v.<br><br>SONOMA COUNTY MEN'S ADULT<br>DETENTION FACILITY,<br><br>            Defendants.<br>_____/ | No. C 11-0863 WHA (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>(Docket No. 11) |

Good cause appearing, plaintiff's request for an extension of time in which to file an opposition to defendant's motion to dismiss, to and including September 17, 2012, is **GRANTED**. Defendant shall file a reply within 14 days of the date the opposition is filed. No further extensions of time will be granted.

**IT IS SO ORDERED.**

Dated: September    7   , 2012.                    /s/ William Alsup
                                                                    WILLIAM ALSUP
                                                                    UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.11\ELFAND0863.EOT.wpd