IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CRAIG ELFAND, | No. C 11-0863 WHA (PR) |
| Plaintiff, | **AMENDED ORDER GRANTING EXTENSION OF TIME** |
| v. | |
| SONOMA COUNTY MEN'S ADULT DETENTION FACILITY, | (Docket No. 27) |
| Defendants. / | |

Good cause appearing, plaintiff's request for an extension of time in which to file an opposition to defendant's motion for summary judgment, to and including September 17, 2012, is **GRANTED**. Defendant shall file a reply within 14 days of the date the opposition is filed. No further extensions of time will be granted. The order dated September 7, 2012, is **VACATED**

**IT IS SO ORDERED.**

Dated: September 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.11\ELFAND0863.EOT.wpd